1  Christine A. Kohler, State Bar No. 211562
2  ckohler@littler.com
   LITTLER MENDELSON, P.C.
3  2050 Main Street, Suite 900
   Irvine, CA  92614
4  Telephone: (949) 705-3000
   Facsimile:  (949) 724-1201
5
6  Attorneys for Defendant
   SUNRISE BRANDS, LLC
7

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10 WESTERN DIVISION

| | |
|---|---|
| 11  SAMANTHA HOREN, an individual, | Case No. **19STCV29456** |
| 12             Plaintiff, | |
| 13  v. | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)** |
| 14  | **(FEDERAL QUESTION)** |
| 15  SUNRISE BRANDS, LLC, a California limited liability company; | |
| 16  and DOES 1 to 20, inclusive, | |
| 17             Defendant. | |

18
19         TO THE CLERK OF THE ABOVE-ENTITLED COURT:
20         PLEASE TAKE NOTICE THAT Defendant Sunrise Brands, LLC hereby
21 removes to this Court the state court action described below.  This Court has original
22 jurisdiction over the state court action pursuant to 28 U.S.C. § 1331 because the
23 claims set forth in Plaintiff Samantha Horen's Complaint, or parts thereof, arise under
24 federal law, namely the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.*
25 Accordingly, the state court action may be properly removed to this Court pursuant to
26 28 U.S.C. § 1441(a).
27         1.    On August 20, 2019, Plaintiff Samantha Horen ("Plaintiff") commenced
28

1  an action by filing an unverified Complaint in the Superior Court of the State of
2  California, County of Los Angeles, entitled *Samantha Horen v. Sunrise Brands, LLC,*
3  Case No. 19STCV29456 (hereinafter the "State Court Action").  True and correct
4  copies of Plaintiff's Summons and Complaint, as well as the accompanying
5  documents that were served with the Complaint, are attached hereto as Exhibit A and
6  incorporated herein by reference as if set forth in full.
7        2.  Defendant Sunrise Brands, LLC ("Defendant") was first served with a
8  copy of the Summons and Complaint on November 4, 2019.
9        3.  On December 3, 2019, Defendant filed an Answer to Plaintiff's
10  Complaint in the State Court Action.  A true and correct copy of the Answer is
11  attached hereto as Exhibit B and incorporated herein by reference as if set forth in full.
12        4.  Defendant has not filed, served or received any papers or pleadings in the
13  State Court Action other than those attached hereto as Exhibits A and B.
14        5.  This Notice is timely in that it is being filed within thirty (30) days of the
15  date of service of the Summons and Complaint on Defendant, which was the first time
16  that Defendant ascertained that the State Court Action was removable under federal
17  law.  *See* 28 U.S.C. §1446(b).
18        6.  The State Court Action is a civil action over which this Court has original
19  Jurisdiction under 28 U.S.C. §1331, and is one which may be removed under 28
20  U.S.C. §1441(a), in that Plaintiff's Complaint purports to state two claims for
21  violation of the federal Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.*
22  ("FMLA").  Specifically, the sixth claim seeks relief for retaliation in violation of the
23  FMLA and the seventh claim seeks relief for interference in violation of the FMLA.
24  Complaint ¶¶ 83-98 and ¶¶ 99-114.
25        7.  Defendant is informed and believes that no other defendants have been
26  served with the Summons and Complaint in the State Court Action.
27        8.  By filing this Notice of Removal Defendant does not waive any defenses
28  which may be available to it.

9. In accordance with 28 U.S.C. §1446(d), the undersigned counsel certifies that a copy of this Notice of Removal and all supporting papers will be promptly served on Plaintiff's counsel and filed with the Clerk of the Los Angeles County Superior Court.

Dated: December 4, 2019

                                              */s/ Christine A. Kohler*
Christine A. Kohler
LITTLER MENDELSON, P.C.
Attorneys for Defendant
SUNRISE BRANDS, LLC

4847-5120-1710.1