|   |   |
|---|---|
| 1 | Jackie Rose Kruger, SBN: 231085 |
| 2 | Dawei Chi, SBN: 306236 |
|   | krugerlaw@thekrugerlawfirm |
| 3 | THE KRUGER LAW FIRM |
|   | 485 S. Robertson Blvd. Suite #4 |
| 4 | Beverly Hills, CA 90211 |
|   | Telephone: (310) 550-1234 |
| 5 | Facsimile: (310) 550-6904 |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | SAMANTHA HOREN |
| 8 | Christine A. Kohler, State Bar No. 211562 |
|   | ckohler@littler.com |
| 9 | LITTLER MENDELSON, P.C. |
| 10 | 18565 Jamboree Road, Suite 800 |
|   | Irvine, CA  92612 |
| 11 | Telephone: (949) 705-3000 |
|   | Facsimile:  (949) 724-1201 |
| 12 |   |
| 13 | Attorneys for Defendant |
|   | SUNRISE BRANDS, LLC |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| SAMANTHA HOREN, an individual, | Case No. 2:19-cv-10307-SB-SS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. |   |
| SUNRISE BRANDS, LLC, a California limited liability company; and DOES 1 to 20, inclusive, |   |
| Defendant. |   |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Sunrise Brands LLC and Plaintiff Samantha Horen, by and through their respective counsel of record, hereby notify the Court that they have reached a settlement in this matter. The parties expect to file a stipulation regarding dismissal of the action within the next sixty (60) days.

Dated:  December 8, 2020

*/s/ Jackie Rose Kruger*_____
Jackie Rose Kruger
Dawei Chi
The Kruger Law Firm

Attorneys for Plaintiff
SAMANTHA HOREN

Dated:  December 8, 2020

*/s/ Christine A. Kohler*_____
Christine A. Kohler
LITTLER MENDELSON, P.C.
Attorneys for Defendant
SUNRISE BRANDS, LLC

**ATTESTATION REGARDING SIGNATURES**

I, Christine A. Kohler, attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:   December 8, 2020

*/s/ Christine A. Kohler*
CHRISTINE A. KOHLER

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169-5937. On December 9, 2020, I served the within document(s):

## NOTICE OF SETTLEMENT

☒ **VIA ELECTRONIC MAIL**: Due to COVID-19, our offices are working remotely. As such, a hard copy will not be mailed. Please contact our office immediately if alternative service needs to be arranged.

Jackie Rose Kruger, Esq.
The Kruger Law Firm
485 S. Robertson Blvd., Ste. 4
Beverly Hills, CA 90211
krugerlaw@thekrugerlawfirm.com
chi@thekrugerlawfirm.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on December 9, 2020, at Las Vegas, Nevada.

/s/ *Ann Koorndyk*
Ann Koorndyk

4812-3544-9812.1 105777.1001