FILED
CLERK, U.S. DISTRICT COURT

February 2, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SAMANTHA HOREN, an individual, | Case No. 2:19-cv-10307-SB-SS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| SUNRISE BRANDS, LLC, a California limited liability company; and DOES 1 to 20, inclusive, | |
| Defendant. | |

|    |                                                                                                   |
|----|---------------------------------------------------------------------------------------------------|
| 1  | **ORDER**                                                                                          |
| 2  | The Court has reviewed that Parties' Stipulation To Dismiss Plaintiff's                            |
| 3  | Complaint and hereby orders as follows:                                                            |
| 4  | 1. That the above-captioned action filed against Defendant Sunrise Brands,                         |
| 5  | LLC is dismissed, in its entirety, with prejudice; and                                             |
| 6  | 2. That the Parties shall each bear their own costs and attorneys' fees                            |
| 7  | incurred in connection with this action, except as otherwise agreed between the                    |
| 8  | Parties.                                                                                           |
| 9  | The Order to Show Cause set for February 8, 2021 at 8:30 a.m. is hereby                            |
| 10 | discharged and taken off calendar.                                                                 |
| 11 |                                                                                                   |
| 12 | IT IS SO ORDERED.                                                                                  |
| 13 |                                                                                                   |
| 14 | Dated: February 2, 2021                                                                            |
| 15 |                                                                                                   |
| 16 | Stanley Blumenfeld, Jr.                                                                            |
| 17 | United States District Judge                                                                       |

4847-0350-3578.1 105777.1001

2.